UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
DARLENE RUESS and JOANN FLAHERTY,

        Plaintiffs,

   v.

NBCUNIVERSAL MEDIA, LLC f/k/a NBC UNIVERSAL, INC.,

        Defendants.
--------------------------------------------------------x

CASE NO. 1:13-CV-00747-JMF

NOTICE OF MOTION FOR ATTORNEY WITHDRAWAL

      Pursuant to Local Rule 1.4, attorney Michael D. Palmer hereby respectfully moves this Court to withdraw as counsel of record for Plaintiffs in the above-captioned matter, as he is leaving the law firm of Joseph & Kirschenbaum LLP. As discussed in the accompanying Declaration of Michael D. Palmer, the other attorneys of record in this matter continue to represent Plaintiffs.

Dated: New York, New York
       April 30, 2013

Respectfully submitted,

  /s/ Michael D. Palmer_____
Michael D. Palmer