**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**DARLENE RUESS and JOANN FLAHERTY,**

          **Plaintiffs,**

    v.

**NBCUNIVERSAL MEDIA, LLC f/k/a NBC UNIVERSAL, INC.,**

          **Defendants.**
-----------------------------------------------------------x

**CASE NO. 1:13-CV-00747-JMF**

# DECLARATION OF MICHAEL D. PALMER

Michael D. Palmer, under penalty of perjury, declares under oath:

1. I am currently an associate with the firm of Joseph & Kirschenbaum LLP.

2. Joseph & Kirschenbaum is counsel for the Plaintiffs Darlene Ruess and Joann Flaherty.

3. Joseph & Kirschenbaum partner Daniel Maimon Kirschenbaum, associate Matthew David Kadushin, and I are currently attorneys of record for the Plaintiffs.

4. On or about May 8, 2013, I will be leaving the firm of Joseph & Kirschenbaum.

5. Mr. Kirschenbaum and Mr. Kadushin will continue as attorneys of record for the Plaintiff.

6. I am not asserting any retaining or charging lien on the case.

7. The above-captioned matter is at the very early stages of discovery. A case management plan has yet to be entered.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York
April 30, 2013

/s/ Michael D. Palmer_____
Michael D. Palmer